

K1

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:

    Katherine Grace Reid

              Debtor(s)

Case No.: 2-17-21143-PRW
Chapter: 7

SSN: xxx-xx-5133

## SUA SPONTE PROTECTIVE ORDER [FRBP 9037(d)]

    **WHEREAS,** a document was electronically filed at Doc. No. 4 on October 25, 2017 (hereafter "Document") which Document contains protected information requiring redaction pursuant to Federal Rule of Bankruptcy (FRBP) 9037(a); and

    **WHEREAS,** to immediately mitigate the potential harm posed by the availability of sensitive information on the internet; it is

    **ORDERED,** that pursuant to FRBP 9037(d)(2), the Clerk of Court is authorized and directed to limit or prohibit any electronic access to the Document, except electronic access by the Court, and to prohibit any copying or other transmission of said document and make any necessary notations on the Court's docket; and it is further

    **ORDERED,** that Michael Furlano, Attorney for the Debtor, is directed to file with the Court a redacted version of said document within five (5) days from the entry of this Order, if such redacted document has not been filed prior to entry of this Order. (*)

Dated: Oct 30, 2017
Rochester, New York

HONORABLE PAUL R. WARREN
United States Bankruptcy Judge

Form O9037d
www.nywb.uscourts.gov

(*) It is further ORDERED, that Michael Furlano is to offer to the Debtor one-year of credit monitoring, at no cost to the Debtor, by way of a written communication to the Debtor, within 10 days of this Order, a copy of which communication is to be filed on the docket in this case as proof of compliance with this Order.